Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
07/08/2022
CT Log Number 541885982

## Service of Process Transmittal Summary

| | |
|---|---|
| TO: | ADAM HAWKES<br>The TJX Companies, Inc.<br>770 COCHITUATE RD<br>FRAMINGHAM, MA 01701-4666 |
| RE: | Process Served in Maryland |
| FOR: | The TJX Companies, Inc. (Domestic State: DE) |

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Re: CARMEN A. BATISTA // To: The TJX Companies, Inc. |
| DOCUMENT(S) SERVED: | Writ of Summons, Return(s), Attachment(s), Complaint |
| COURT/AGENCY: | Prince George County Circuit Court, MD<br>Case # CAL2202679 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - 02/02/2019 |
| PROCESS SERVED ON: | The Corporation Trust Incorporated, Lutherville Timonium, MD |
| DATE/METHOD OF SERVICE: | By Process Server on 07/08/2022 at 16:02 |
| JURISDICTION SERVED: | Maryland |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service of this summons upon you |
| ATTORNEY(S)/SENDER(S): | Dwayne E. Gaines<br>RICHIN & GAINES, P.A.<br>8601 Georgia Avenue, Suite 1006<br>Silver Spring, MD 20910<br>301-588-3500 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 07/09/2022, Expected Purge Date: 07/14/2022<br><br>Image SOP<br><br>Email Notification, ADAM HAWKES adam_hawkes@tjx.com<br><br>Email Notification, James Evans james_evans@tjx.com |
| REGISTERED AGENT CONTACT: | The Corporation Trust Incorporated<br>2405 York Rd<br>Ste 201<br>Lutherville Timonium, MD 21093<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other

**EXHIBIT A**

Page 1 of 2



**CT Corporation**
**Service of Process Notification**
07/08/2022
CT Log Number 541885982

information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL22-02679

Other Reference No.(s): ..................................

Child Support Enforcement Number: ..................................

Date issued: May 11, 2022

To: TJX Companies Inc
Sv: The Corporation Trust Inc
32 South Street
Baltimore, MD 21202

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

<u>CARMEN A BATISTA</u>
<u>1909 TREETOP LANE APT 11</u>
<u>SILVER SPRING MD 20904</u>

This summons is effective for service only if served within 60 days after the date it is issued.

_____
Clerk of the Circuit Court

To the person summoned:
> Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
>
> Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)          Page 1 of 6          CAL22-02679

## SHERIFF'S RETURN

Circuit Court for Prince George's County

To: ..................................................

Sheriff fee: .............................. By: ........................................................................

Served: ...................................................................................................................

Time: ................... Date: ...........................................................................................

Unserved (Reason): ..................................................................................................

With the following:

   ☐ Summons        ☐ Counter Complaint
   ☐ Complaint        ☐ Domestic Case Information Report
   ☐ Motions         ☐ Financial Statement
   ☐ Petition and Show Cause Order ☐ Other: _____
                  **(please specify)**

Was unable to serve because:

   ☐ Moved; left no forwarding address ☐ No such address
   ☐ Address not in Jurisdiction    ☐ Other: _____
                  **(please specify)**

Sheriff Fee: $_____   ☐ Waived by: _____

               _____
               **(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

# SHERIFF'S RETURN

Circuit Court for Prince George's County

To: ...........................................................

Sheriff fee: ................................... By: ........................................................................

Served: ..................................................................................................................

Time: ........................... Date: ........................................................................

Unserved (Reason): ..................................................................................................

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order

- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other: _____
  **(please specify)**

Was unable to serve because:

- ☐ Moved; left no forwarding address
- ☐ Address not in Jurisdiction

- ☐ No such address
- ☐ Other: _____
  **(please specify)**

Sheriff Fee: $_____     ☐ Waived by: _____

_____
**(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR Prince George's County
                                    (City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY: ☒ PLAINTIFF  ☐ DEFENDANT    CASE NUMBER _____ (Clerk to insert)

CASE NAME: Carmen Batista                vs. Pennsylvania Real Estate Investment Trust, et al.
                Plaintiff                                    Defendant

PARTY'S NAME: Carmen Batista                    PHONE: _____
PARTY'S ADDRESS: 1909 Treetop Lane, Apt. 11, Silver Spring, Maryland 20904
PARTY'S E-MAIL: _____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: Dwayne E. Gaines, Esquire    PHONE: (301) 588-3500
PARTY'S ATTORNEY'S ADDRESS: 8601 Georgia Avenue, Suite 1006, Silver Spring, Maryland 20910
PARTY'S ATTORNEY'S E-MAIL: richin.gaines@verizon.net

JURY DEMAND? ☒ Yes  ☐ No
RELATED CASE PENDING? ☐ Yes  ☒ No  If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: _____ hours  2 days

### PLEADING TYPE

New Case:     ☒ Original       ☐ Administrative Appeal   ☐ Appeal
Existing Case: ☐ Post-Judgment  ☐ Amendment
*If filing in an existing case*, skip Case Category/Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☒ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)                    Page 1 of 3

### IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☒ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000     ☐ $10,000 - $30,000     ☐ $30,000 - $100,000     ☒ Over $100,000

☐ Medical Bills $_____     ☐ Wage Loss $_____     ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation           ☒ Yes   ☐ No          C. Settlement Conference   ☒ Yes   ☐ No
B. Arbitration         ☐ Yes   ☐ No          D. Neutral Evaluation       ☐ Yes   ☐ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.   *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☒ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff............................. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

February 1, 2022
Date

8601 Georgia Avenue, Suite 1006
Address

Silver Spring, Maryland 20910
City   State   Zip Code

_/s/ Dwayne F. Gaines_
Signature of Counsel / Party

Dwayne E. Gaines, Esquire
Printed Name

CC-DCM-002 (Rev. 04/2017)   Page 3 of 3

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| CARMEN A. BATISTA<br>1909 Treetop Lane, Apt. 11<br>Silver Spring, Maryland 20904 | :<br>:<br>: |
| Plaintiff, | : |
| v. | : |
| PENNSYLVANIA REAL ESTATE INVESTMENT TRUST<br>Serve:<br>The Corporation Trust Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, Maryland 21093-2264 | :<br>:<br>:<br>: Case No.: |
| and | : |
| PR PRINCE GEORGES PLAZA, LLC<br>Serve:<br>The Corporation Trust Incorporated<br>2405 York Road, Suite 201<br>Lutherville Timonium, Maryland 21093-2264 | :<br>:<br>:<br>: |
| and | : |
| THE TJX COMPANIES, INC. d/b/a<br>MARSHALLS<br>Serve:<br>The Corporation Trust Incorporated<br>32 South Street<br>Baltimore, Maryland 21202 | :<br>:<br>:<br>: |
| Defendants. | : |

## COMPLAINT

The Plaintiff, Carmen A. Batista, by and through her attorney, Dwayne E. Gaines, brings this action against the Defendants, Pennsylvania Real Estate Investment Trust, PR Prince Georges Plaza, LLC, and The TJX Companies, Inc. d/b/a Marshall and her cause of action is as follows:

1. That the Defendant, Pennsylvania Real Estate Trust, hereinafter referred to as "PREIT", is a real estate investment trust doing business in Prince George's County, Maryland, and is registered in the State of Maryland for the purposes of carrying on such business.

2. At all times herein mentioned, and on or about February 2, 2019, the Defendant, PREIT, was the owner and property manager of certain real property, together with improvements thereon, located at or near 3500 East West Highway in Hyattsville, Maryland.

3. That the Defendant, PR Prince Georges Plaza, LLC, hereinafter referred to as "PG Plaza" is a corporation doing business in Prince George's County, Maryland, and is registered in the State of Maryland for the purposes of carrying on such business.

4. At all times herein mentioned, and on or about February 2, 2019, the Defendant, PG Plaza, was the owner and property manager of certain real property, together with improvements thereon, located at or near 3500 East West Highway in Hyattsville, Maryland.

5. That the Defendant, The TJX Companies d/b/a Marshalls, hereinafter referred to as "Marshalls", is a department store doing business in Prince George's County, Maryland, and is registered in the State of Maryland for the purposes of carrying on such business.

6. That on or about February 2, 2019, the Defendant, Marshalls, possessed, controlled, maintained, and managed a certain premises commonly described as a department store located at or near 3500 East West Highway in Hyattsville, Maryland.

7. That at all times mentioned the Plaintiff, Carmen A. Batista, was an invitee on the premises including the sidewalks, and as such, the Defendants, PREIT, PG Plaza, and Marshalls, their agents, servants and/or employees, owed her a duty to maintain the premises in a reasonably safe condition so as to prevent harm or injury to her.

8. That the Defendants, PREIT, PG Plaza, and Marshalls, breached their duty by

RICHIN & GAINES, P.A.
ATTORNEYS AT LAW
8601 GEORGIA AVENUE, SUITE 1006
SILVER SPRING, MARYLAND 20910
(301) 588-3500

their conduct which includes but is not limited to the following:

    a. Failing to properly supervise portions of the property in question so as to furnish to the Plaintiff, Carmen A. Batista, safe sidewalks, free from hazards including but not limited to ice and/or snow which were recognized or should have been recognized by Defendants, as causing or likely to cause serious physical harm to the Plaintiff, Carmen A. Batista, and other invitees;

    b. Failing to maintain said sidewalks in a safe condition to insure that the Plaintiff, Carmen A. Batista, would not be caused to slip and fall on ice and/or snow as a result of the condition of the sidewalks which existed and which was known or should have been known to the Defendants;

    c. Failing to inspect said sidewalks for ice and/or snow and take the necessary steps to insure that the Plaintiff, Carmen A. Batista, would not be caused to slip and fall;

    d. Failing to maintain the premises in a good and safe condition for the Plaintiff, Carmen A. Batista, and other invitees.

9. That the condition of the sidewalks was known or should have been known to the Defendants, PREIT, PG Plaza, and Marshalls, their agents, servants and/or employees.

10. That on or about February 2, 2019 the Plaintiff was walking on a sidewalk at or near the entrance to the department store in question when she slipped and fell upon ice on the sidewalk.

11. That as a direct and proximate result of the negligence of the Defendants, PREIT, PG Plaza, and Marshalls, without any negligence on the part of the Plaintiff contributing thereto,

RICHIN & GAINES, P.A.
ATTORNEYS AT LAW
8601 GEORGIA AVENUE, SUITE 1006
SILVER SPRING, MARYLAND 20910
(301) 588-3500

the Plaintiff, Carmen A. Batista, has suffered severe and permanent injuries and scarring; has suffered and will continue to suffer in the future a severe loss of earnings and an impairment of her earning capacity; has been, and may in the future be required to expend various sums of money for medical services, x-rays, surgeries, hospitalizations, and medications; has been and will in the future be prevented from attending to her usual activities, duties and occupations, all to her great detriment and loss.

**WHEREFORE**, the Plaintiff, Carmen A. Batista, prays for judgment in her favor, jointly and severally, against the Defendants, Pennsylvania Real Estate Investment Trust, PR Prince Georges Plaza, LLC, and The TJX Companies, Inc. d/b/a Marshalls, and that she be awarded damages in the principal sum of Two Million Dollars ($2,000,000.00), plus interest and costs incident to this proceeding and any other further relief this Honorable Court may deem just and proper.

Respectfully Submitted,

RICHIN & GAINES, P.A.

By: _____
Dwayne E. Gaines, Esquire
8601 Georgia Avenue, Suite 1006
Silver Spring, Maryland 20910
(301) 588-3500
Attorney for Plaintiff

## JURY DEMAND

The Plaintiff respectfully requests a trial by jury.

_____
Dwayne E. Gaines

**RICHIN & GAINES, P.A.**
ATTORNEYS AT LAW
8601 GEORGIA AVENUE, SUITE 1006
SILVER SPRING, MARYLAND 20910
(301) 588-3500